IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MITCHELL LAUTMAN, on behalf of himself and all others similarly situated,<br><br>                  Plaintiff,<br>      v.<br><br>AMERICAN BANK SYSTEMS, INC.<br><br>                  Defendant. | Civil Action No. 2:20-cv-1959 |

**NOTICE OF SETTLEMENT**

      Plaintiff Mitchell Lautman and Defendant American Bank Systems, Inc., ("ABS" or "Defendant"), hereby notify the Court that the parties have reached an agreement in principle which will, when finalized, result in the voluntary dismissal of all Plaintiff's claims. In order to facilitate formal completion of their agreement, the parties respectfully request a stay of all deadlines, including Defendant's answer deadline, for a period of 60 days. By the conclusion of the 60-day period, Plaintiff will voluntarily dismiss the action or the parties will submit a status report describing their progress.

Dated: May 18, 2021                                                 Respectfully submitted,

| | |
|---|---|
| _/s/ Gary F. Lynch_<br>Gary F. Lynch<br>**CARLSON LYNCH, LLP**<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>T: (412) 322-9243<br>F: (412) 231-0246<br>glynch@carlsonlynch.com<br><br>*Counsel for Plaintiff* | _/s/ Claudia McCarron (w/ permission)_<br>Claudia McCarron<br>**MULLEN COUGHLIN, LLC**<br>426 W. Lancaster Avenue, Suite 200<br>Devon, PA 19333<br>(267) 930-4787 - Office<br>(215) 696-2877 - Mobile<br>cmccarron@mullen.law<br><br>*Counsel for Defendant* |